# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DONALD KENNON,** | : |
| **Plaintiff,** | : |
| vs. | : **CIVIL ACTION 05-0521-WS-M** |
| **CHIEF JAMES BOYINGTON, et al.,** | : |
| **Defendants.** | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this 15th day of February, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE