IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONALD KENNON,** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| **vs.** | :  **CIVIL ACTION 05-0521-WS-M** |
| | : |
| **CHIEF JAMES BOYINGTON, et al.,** | : |
| | : |
|     **Defendants.** | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 15th day of February, 2006.


                                                   s/WILLIAM H. STEELE
                                                 UNITED STATES DISTRICT JUDGE